EMILE KING *v.* COMMISSIONER OF CORRECTION
(AC 23954)

Lavery, C. J., and Foti and McLachlan, Js.

Submitted on briefs June 7—officially released June 29, 2004

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal

from the court's denial of the petition for a writ of habeas corpus.

The appeal is dismissed.